FILED

08 FEB -6 PM 3:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 0306 JLS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., |
| MARISA MELENA MAFNAS, | Sec. 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens |
| Defendant. | |

The grand jury charges:

Count 1

On or about January 25, 2008, within the Southern District of California, defendant MARISA MELENA MAFNAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Teresa Hernandez Samano, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

//

//

SFM:em:San Diego
2/1/08

Count 2

On or about January 25, 2008, within the Southern District of California, defendant MARISA MELENA MAFNAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Hernandez Samano, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: February 6, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
STEPHEN F. MILLER
Assistant U.S. Attorney