UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0306-JLS |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| MELISA MELENA MAFNAS, ) | |
| Defendant. ) | |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California;

2) That my business address is 934 23rd Street, San Diego, California, 92102;

3) That I have caused service of the

**NOTICE OF MOTION AND MOTION: (1) TO COMPEL DISCOVERY/PRESERVE EVIDENCE; (2) SUPRESS STATEMENTS; AND (3) GRANT LEAVE TO FILE FURTHER MOTIONS; MEMORANDUM OF POINTS AND AUTHORITIES**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Stephen F. Miller, Esq.
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California, 92101

I certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this caes:

None

the last know address, at which place there is delivery service of mail from the United States Postal Service.

I certify under penalty of perjury that the foregoing is true and correct. Executed March 11, 2008, at San Diego, California.

*Violet McCoy*
Violet McCoy