# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 2008 CR 306-JLS |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) | Booking No. 07050290 |
| MARISA MELENA MAFNAS | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/18/08__

the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

✓ _____ Defendant forfeited collateral.

✓ _____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
_____ Deputy Clerk

Received _____
          DUSM

Crim-9   (Rev 6-95)            ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY