UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 APR 30 PM 4: 32



DEPUTY

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

MARISA MELENA MAFNAS,

          Defendant.

CASE NO. 2008CR0306-JLS

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: _8 USC §1324(a)(1)(A)(ii) Transportation of Illegal Aliens_

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 18, 2008

                                  JANIS L. SAMMARTINO
                                  UNITED STATES DISTRICT JUDGE

                                  ENTERED ON _____