# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

MARISA MELENA MAFNAS,

           Defendant.

CASE NO. 2008CR0306-JLS

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: <u>8 USC §1324(a)(1)(A)(ii) Transportation of Illegal Aliens</u>

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 18, 2008

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 5/4/08

United States Marshal

By: _____
USMS Criminal Section

ENTERED ON _____